# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| AMERICAN TOWER ASSET SUB, LLC, | Case No. 6:15-cv-03700-MGL |
| Plaintiff, | |
| vs. | **DEFENDANTS' RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |
| PTA-FLA, INC. d/b/a Cleartalk, | |
| Defendant. | |

Plaintiff American Tower Asset Sub, LLC ("Plaintiff"), responding to this District Court's Local Rule 26.01 Interrogatories, states the following:

A.  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: Plaintiff is not aware of any subrogation interest in any claim in this case at this time.**

B.  As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiff submits that the entire case should be tried nonjury, because the case presents relatively straightforward legal issues which can be most efficiently and cost-effectively resolved by the Court.**

C.  State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE: Plaintiff is not a publicly-owned company; (1) Plaintiff is a wholly owned subsidiary of American Tower Corporation, which is a publicly traded company; (2) See Answer (C)(1) above; and (3) See Answer (C)(1) above.**

  D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE: Plaintiff's complaint seeks a declaratory judgment that will govern the rights of the parties as to certain license/lease agreements regarding cellular antennae located on cellular towers; the location of the majority of the cellular towers that pertain to the license/lease agreements are located in this Division. Plaintiff also seeks past due rent/fees associated with the parties' license/lease agreements, and the majority of those agreements, as noted, pertain to cellular towers located in this Division.**

  E. Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

**RESPONSE: No.**

  F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: N/A.**

  G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE: N/A.**

Respectfully submitted,

/s/ Jeffrey S. Tibbals
Jeffrey S. Tibbals                Fed ID No. 9387
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.414.8219
JTibbals@nexsenpruet.com

Burl F. Williams              Fed ID No. 10556
55 E. Camperdown Way, Suite 400 (29601)
P.O. Drawer 10648
Greenville, SC 29603
PHONE: 864.282.1165
FACSIMILE: 864.477.2633
BWilliams@nexsenpruet.com

ATTORNEYS FOR PLAINTIFF
AMERICAN TOWER ASSET SUB, LLC

September 16, 2015
Charleston, South Carolina