# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| American Tower Asset Sub, LLC<br><br>Plaintiff,<br><br>v.<br><br>PTA-FLA, Inc., d/b/a Cleartalk,<br><br>Defendants, | Civil Action No.: 6:15-cv-03700-MGL<br><br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

    Pursuant to Local Civ. Rule 6.01 (D.S.C.), Plaintiff American Tower Asset Sub, LLC and Defendant PTA-FLA, Inc., by and through their attorneys, respectfully and jointly move this Court to amend the current scheduling order in this case. The basis of this Consent Motion to Amend the Scheduling Order is to account for the presence of preexisting schedules related to the Christmas and New Year's holidays, and account for conflicts with upcoming court appearances. The proposed amended scheduling order does not change the current trial date. Pursuant to the Court's judicial preferences, a word copy of the proposed amended scheduling order will be sent to the Court's ecf e-mail address.

*[SIGNATURE PAGE ATTACHED]*

Respectfully submitted,

NEXSEN PRUET, LLC

*s/ Burl F. Williams*
BURL F. WILLIAMS
Federal ID No. 10556
BWilliams@nexsenpruet.com
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
Tel: (864) 282-1165
Fax: (864) 477-2633

*Attorneys for Plaintiff*

PTA-FLA, INC. d/b/a/ CLEARTALK

*s/Joshua E. Austin*
JOSHUA E. AUSTIN
Federal ID No. 12001
joshuaaustin@cleartalk.net
Post Office Box 8839
Columbia, South Carolina 29202
Tel: (803) 466-6488
Fax: (866) 498-3090

Dated: December 22, 2015          *Attorneys for Defendant*