# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| AMERICAN TOWER ASSET SUB, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PTA-FLA, INC. d/b/a Cleartalk, <br><br> Defendant. | Case No. 6:15-cv-03700-MGL <br><br> **CONSENT MOTION TO WITHDRAWAL MOTION AND LEAVE TO AMEND PLEADINGS** |

Pursuant to Fed. R. Civ. P. 15, Plaintiff and Counterclaim Defendant American Tower Asset Sub, LLC, on the one hand, and Defendant and Counterclaimant PTA-FLA, Inc., on the other, by and through their respective counsel of record, hereby move this Court as follows:

1. Plaintiff seeks leave to withdraw its Fed. R. Civ. P. 12(c) motion for judgment on the pleadings [Docket # 21];

2. Plaintiff seeks leave to amend its complaint and Defendant seeks leave to amend its answer and counterclaim;

3. Plaintiff seeks leave to file its amended complaint on or before May 18, 2016.

4. Defendant seeks leave to file its answer to amended complaint and amended counterclaim on or before May 25, 2016.

5. Plaintiff will answer or respond to Defendant's amended counterclaim on or before June 1, 2016.

*[SIGNATURE PAGE ATTACHED]*

WE SO MOVE:

/s/ Joshua E. Austin                         /s/ Burl F.  Williams

Joshua E. Austin        Fed. ID No. 12001    Jeffrey S. Tibbals     Fed ID No. 9387
Post Office Box 8839                         NEXSEN PRUET, LLC
Columbia, South Carolina 29202               205 King Street, Suite 400 (29401)
PHONE: (803) 466-6488                        P.O. Box 486
FACSIMILE: (866) 498-3090                    Charleston, SC  29402
joshuaaustin@cleartalk.net                   PHONE:  843.577.9440
                                             FACSIMILE:  843.414.8219
ATTORNEY FOR DEFENDANT                       JTibbals@nexsenpruet.com
PTA-FLA,INC. d/b/a/ CLEARTALK
                                             Burl F. Williams       Fed ID No. 10556
                                             55 E. Camperdown Way, Suite 400 (29601)
                                             P.O. Drawer 10648
                                             Greenville, SC 29603
                                             PHONE: 864.282.1165
                                             FACSIMILE: 864.477.2633
                                             BWilliams@nexsenpruet.com

                                             ATTORNEYS FOR PLAINTIFF
                                             AMERICAN TOWER ASSET SUB, LLC

May 11, 2016
Greenville, South Carolina