# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| AMERICAN TOWER ASSET SUB, LLC, | Case No. 6:15-cv-03700-MGL |
| Plaintiff, | |
| vs. | **ORDER** |
| PTA-FLA, INC. d/b/a Cleartalk, | |
| Defendant. | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, and for good cause appearing, therefore, it is hereby ordered as follows:

1. Plaintiff's Fed. R. Civ. P. 12(c) motion for judgment on the pleadings [Docket #21] is withdrawn.

2. Plaintiff may amend its complaint and Defendant may amend its counterclaim.

3. Plaintiff shall file its amended complaint on or before May 18, 2016.

4. Defendant shall file its answer to amended complaint and amended counterclaim on or before May 25, 2016.

5. Plaintiff shall file its response or answer to Defendant's amended counterclaim on or before June 1, 2016.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

May 12, 2016
Columbia, South Carolina